UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SOULDRIVER LESSEE, INC. DBA HOTEL SOLAMAR.<br><br>　　　　　　　　　　Defendants. | Case No.:  3:20-cv-00359-JAH-LL<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SANCTIONS AS MOOT (Doc. No. 5)** |

Pending before the Court is Defendant's motion to dismiss and motion for sanctions filed March 24, 2020. *See* Doc. No. 5. On April 9, 2020, Plaintiff filed a First Amended Complaint. *See* Doc. No. 8. Because the First Amended Complaint is now the operative complaint in this matter, IT IS HEREBY ORDERED Defendant's motion to dismiss the Complaint, and motion for sanctions is **DENIED as moot**.

**IT IS SO ORDERED.**

DATED: April 24, 2020

_____
JOHN A. HOUSTON
United States District Judge