UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>            Plaintiff,<br><br>v.<br><br>SOULDRIVER LESSEE, INC. DBA HOTEL SOLAMAR,<br><br>            Defendant. | Case No.:  3:20-cv-00359-JAH-LL<br><br>**ORDER DISMISSING AS MOOT STIPULATED EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

On April 21, 2020, the Parties filed a joint motion requesting an extension of time for Defendant to respond to Plaintiff's First Amended Complaint. *See* Doc. Nos. 8, 9. Defendant filed an answer on April 23, 2020, and the Court accepted it. *See* Doc. No. 10. Accordingly, the motion for an extension is **DISMISSED as moot**.

**IT IS SO ORDERED.**

Dated: April 24, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT COURT