UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,,<br><br>                                  Plaintiff,<br><br>v.<br><br>SOULDRIVER LESSEE, INC. DBA HOTEL SOLAMAR,<br><br>                                  Defendant. | Case No.:  20-cv-00359-JAH-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE (DOC. NO. 18)** |

   Upon consideration of the Parties' joint motion to dismiss this case with prejudice, and good cause appearing, IT IS HEREBY ORDERED the motion is **GRANTED.**  This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.
   **IT IS SO ORDERED.**


DATED:   May 22, 2019

_____
JOHN A. HOUSTON
United States District Judge

1